FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2002 OCT -8 A 10:57

SIGN_____DC
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SHAUN MASON      CIVIL ACTION NO. 02-949

VERSUS      DIVISION ; SECTION

CF INDUSTRIES, INC.      JUDGE D

     MAGISTRATE JUDGE 3

## NOTICE OF REMOVAL

To: Plaintiff
Through his counsel of record
Patrick H. Hufft
635 St. Charles Avenue
New Orleans, LA 70130

PLEASE TAKE NOTICE that CF Industries, Inc. (hereinafter "CF"), defendant in that certain proceeding entitled "Shaun Mason versus CF Industries, Inc." Civil Action No. 73323, Division "A", filed in the Twenty-Third Judicial District Court for the Parish of Ascension, State of Louisiana, hereby files its Notice of Removal and removes this action to the United States District Court for the Middle District of Louisiana. A copy of this Notice of Removal is being served upon Patrick H. Hufft, as counsel for plaintiff, Shaun Mason, and a copy of this Notice of Removal is being filed with the Clerk of Court of the Twenty-Third Judicial District Court for the Parish of

NO:99311195.1



Ascension, State of Louisiana, in conformity with 28 U.S.C. § 1446(d). Pursuant to 20 U.S.C. §1446(a), a copy of all process, pleadings, and orders which have been served on CF are attached hereto as Exhibit "A".

CF respectfully submits that the grounds for its removal of the action are as follows:

I.

A Petition entitled "Shaun Mason versus CF Industries, Inc.," Civil Action No. 73323, Division "A" (hereinafter "Petition"), was filed on September 12, 2002, in the Twenty-Third Judicial District Court for the Parish of Ascension, State of Louisiana, and is pending in the Twenty-Third Judicial District Court for the Parish of Ascension, State of Louisiana.

II.

Plaintiff Shaun Mason alleges in the introductory paragraph of the Petition that he is a resident of Louisiana. Plaintiff, therefore, is a citizen of the State of Louisiana. Defendant CF is a Delaware corporation with its principal place of business in Illinois. CF, therefore, is a citizen of the state of Delaware and/or Illinois. Accordingly, complete diversity of citizenship exists between plaintiff and defendant.

III.

The Petition asserts that plaintiff sustained serious and painful personal injuries as a result of an alleged leak causing the release of toxic chemicals at CF's facility in Ascension Parish on or about September 11, 2001 which caused damages as alleged. (Petition, ¶ III, IV, V, and VI.)

IV.

In the Petition, plaintiff alleges that as a result of the exposure to toxic chemicals in the atmosphere, he was caused to inhale noxious chemicals and fumes, which included chemical ammonia. Plaintiff alleges that as a result of breathing these fumes, he was severely injured and

required treatment, hospitalization, and other care in connection with his injuries. Plaintiff also alleges that he remains in need of medical care and treatment and that his injuries continue to cause him pain and suffering and disability. Plaintiff, therefore, seeks undefined past, present, and future general and special damages, including but not limited to damages to his body and mind, medical expenses, and lost wages. (Petition, ¶ VI, VII, and X.)

V.

The amount in controversy can be expected by a preponderance of the evidence or with reasonable certainty to exceed $75,000, exclusive of interest and costs, assuming plaintiff is entitled to any recovery, which is denied.

VI.

There is complete diversity of citizenship between plaintiff and CF, and because the amount in controversy exceeds $75,000, this Honorable Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332. Accordingly, this action may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441.

VII.

CF did not receive notice of plaintiff's Petition in Suit for Damages until service of process of the Petition was effected upon it on September 18, 2002. Thirty (30) days, therefore, have not elapsed from the date that CF received a copy of the Petition. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. §1446(b).

VIII.

Promptly after filing this Notice of Removal, written notice hereof will be given to plaintiff and will be filed with the Clerk of the Twenty-Third Judicial District Court for the Parish of Ascension, State of Louisiana.

WHEREFORE, defendant CF Industries, Inc. prays that this, its Notice of Removal, be deemed good and sufficient and that the aforesaid Petition be removed from the Twenty-Third Judicial District Court for the Parish of Ascension, State of Louisiana to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from such state court, and thereupon proceed with the civil action as if it had been commenced originally in this Honorable Court.

Respectfully submitted,

_____
MARK C. DODART (#17549)
BETH E. ABRAMSON (#27350)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

COUNSEL FOR CF INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all known counsel of record by First Class United States Mail, properly addressed and postage prepaid, this 8th day of October, 2002.

_____

NO. 73,323      DIVISION " "

SHAUN MASON

VERSUS     **DIVISION A**

CF INDUSTRIES, INC.

FILED:_____     _____
                                                                DEPUTY CLERK

## PETITION IN SUIT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Shaun Mason, who respectfully avers as follows:

I.

That at all times relevant herein, plaintiff Shaun Mason is a person of the full age of majority and resides in the Parish of Tangipohoa, State of Louisiana.

II.

Made defendant herein is CF Industries, Inc., who upon information and belief is a foreign corporation licensed to do and doing business in the State of Louisiana.

III

That on or about September 11, 2001, petitioner was an employee of Basic Industries, Inc., working at the site of defendant, CF Industries, Inc., when he was caused to sustain serious and painful personal injuries to body and mind, by the fault and/or negligence of defendant, C F Industries, Inc., as set out more fully hereafter.

IV.

That defendant, C F Industries, Inc., at all times relevant herein, owned, operated and managed a chemical manufacturing facility in Ascension Parish, wherein the incident complained of occurred.

V.

That on the above date, at the said C F Industries, Inc. facility, a leak occurred, causing the release of toxic emissions.

VI.

EXHIBIT A

That plaintiff, Shaun Mason, was exposed to the toxic chemicals in the atmosphere and was caused to inhale the noxious fumes.

VII.

These noxious chemicals and fumes included the chemical ammonia, and as a result of breathing these fumes, plaintiff, Shaun Mason, was severely injured, and required treatment, hospitalization, and other care in connection with his injuries, and he remains in need of medical care and treatment, and his injuries continue to cause him pain and suffering and diability.

VIII.

That at all times relevant herein, defendant, C F Industries, Inc., was engaged in the handling of hazardous substances, and was reckless, and grossly negligent in such handling, causing the injuries to plaintiff herein.

IX.

The negligence of defendant, C F Industries, Inc , includes the following:

(a) Failing to properly inspect and maintain its facilities;

(b) Permitting an unsafe condition to exist on the premises;

(c) Failing to follow OSHA and other safety standards, regulations and practices, thereby causing the incident sued upon herein;

(d) Failing to warn plaintiff of any such dangers, and to bring him to a place of safety, prior to noxious fumes injuring him;

(e) Handling hazardous substances in a grossly negligent fashion, and/or in such a way as to constitute an intentional tort, with notice and knowledge that injury was substantially certain to follow;

(f) Such other acts of omission or commission as may be shown through discovery and/or trial of this matter.

X.

That as a direct and proximate result of the negligence and/or fault of CF Industries, Inc., or the employees of same, petitioner was caused to suffer damages to his body and mind, has incurred medical expense, lost wages, and is entitled to past, present, and future general and special damages as may be allowed by law and proven at trial in such amounts as are reasonable in the premises.

WHEREFORE, petitioner prays that citation and petition be served on defendants herein, and that after all legal delays had herein, that there be Judgment in favor of Sha n Mason and against CF Industries, for such damages as are reasonable in the premises,

interest from the date of judicial demand, all costs of these proceedings, and all other general and equitable relief.

Respectfully submitted,

HUFFT & HUFFT, APLC

_____
PATRICK H. HUFFT, ESQ (# 17633)
635 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-9413
Facsimile. (504) 586-9945
*Attorney for the plaintiff*

**PLEASE SERVE:**

**C F INDUSTRIES, INC.**
**Through registered agent:**
**C T CORPORATION SYSTEM**
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809

A TRUE COPY
_____
Deputy Clerk & Recorder
ASCENSION PARISH