UNITED STATES DISTRICT COURT

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2003 JAN 24 P 2:51

SIGN_____
BY DEPUTY CLERK

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAUN MASON | CIVIL ACTION NO. 02-949 |
| VERSUS | DIVISION "D"; SECTION (3) |
| CF INDUSTRIES, INC. | JUDGE BRADY |
| | MAGISTRATE JUDGE DALBY |

### CF INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, CF Industries, Inc. (hereinafter "CF"), and, pursuant to Federal Rule of Civil Procedure 56, moves this Court for summary judgment in its favor dismissing, with prejudice, all claims asserted against it by plaintiff, Shaun Mason. The reasons in support of this motion are set forth in the accompanying Memorandum in Support of Summary Judgment.

Respectfully submitted,

_____
MARK C. DODART (#17549)
BETH E. ABRAMSON (#27350)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

COUNSEL FOR CF INDUSTRIES, INC.

NO:99318426.1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on Patrick H. Hufft, 635 St. Charles Avenue, New Orleans, Louisiana 70130 by First Class United States Mail, properly addressed and postage prepaid, this 23rd day of January, 2003.

*[signature]*

NO:99318426.1                                                                 2

Case 3:02-cv-00949-DLD   Document 4   01/24/03   Page 2 of 2