FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

03 FEB -3 PM 2:39

SIGN_____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAUN MASON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 02-949-D-M3** |
| **CF INDUSTRIES, INC.** | |

## O R D E R

**IT IS ORDERED** that the scheduling conference presently set for **February 20, 2003** is hereby **CANCELLED**. Once a ruling is issued on defendant's motion for summary judgment, counsel for plaintiff shall contact chambers at (225)389-3602 to advise of the ruling and request a scheduling conference, if necessary.

Signed in chambers in Baton Rouge, Louisiana, this 3rd day of Feb. [January crossed out], 2003.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

DKT. & ENTERED  Huff
DATE 2-3-03  Dalant
NOTICE MAILED TO: JS DLP
DATE_____ BY ___

INITIALS | DOCKET#
PD | 1