FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

03 MAR 27 PM 3: 50

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAUN MASON

VERSUS

CF INDUSTRIES, INC.

CIVIL ACTION

NO. 02-949-D

### NOTICE AND ORDER

IT IS HEREBY ORDERED that ORAL ARGUMENT be heard on the pending motion for summary judgment on Thursday, April 10, 2003, at 2:30 p.m. in Courtroom 1. The clerk's office is instructed to notify counsel through fax noticing.

Baton Rouge, Louisiana, March 27th, 2003.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED
DATE 3/27/03
NOTICE MAILED TO: Hufft, Dozlart
DATE_____ BY PA  JJB SE

INITIALS | DOCKET#