FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2003 APR -2 A 11: 46

SIGN
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAUN MASON | CIVIL ACTION NO. 02-949 |
| VERSUS | DIVISION "D"; SECTION (3) |
| CF INDUSTRIES, INC. | JUDGE BRADY |
| | MAGISTRATE JUDGE DALBY |

### MOTION FOR LEAVE TO FILE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT, CF INDUSTRIES, INC.'S, MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Shaun Mason, who moves that this Honorable Court grant him leave to file the attached Supplemental Memorandum in Opposition to Defendant, CF Industries, Inc.'s, Motion for Summary Judgment. Defendant, CF Industries, Inc. recently filed a Supplemental Memorandum in Support of Defendant's Motion for Summary Judgment which plaintiff wishes to address in the attached Supplemental Memorandum in Opposition.

Respectfully submitted,

*HUFFT & HUFFT, APLC*

_____
PATRICK H. HUFFT, ESQ. Bar #17633
635 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-9413



**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing pleading has been mailed, postage prepaid, to all counsel of record on this 1st day of April, 2003.

_____
PATRICK H. HUFFT, ESQUIRE

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been mailed, postage prepaid, to all counsel of record on this 1st day of April, 2003.

*/s/ Patrick H. Hufft*
PATRICK H. HUFFT, ESQUIRE

4