FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

03 APR -6 PM 2: 15

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAUN MASON

VERSUS

CF INDUSTRIES, INC.

CIVIL ACTION

NO. 02-949-D

## ORDER

IT IS ORDERED that the ORAL ARGUMENT scheduled for Thursday, April 10, 2003, be and is hereby CANCELLED.

The clerk's office shall fax a copy of this order to counsel of record.

Baton Rouge, Louisiana, April 8th 2003.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED
DATE 4/8/03
NOTICE MAILED TO:
DATE_____ BY____

Hufft
Dodart

INITIALS | DOCKET#
--- | ---
BS | 16