FILED
U.S. DIST. COURT
MID[...] OF LA.

03 APR 30 PM 2:17

SIGN_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAUN MASON

VERSUS

CF INDUSTRIES, INC.

CIVIL ACTION

NO. 02-949-D

## O R D E R

The court having been informed by counsel that the parties would be filing forms consenting to jurisdiction by the magistrate judge in conformity with the status report filed by the parties (doc. 8);

IT IS HEREBY ORDERED that, in the interim, the motion by defendant for summary judgment (doc. 4) be and is hereby REFERRED to the magistrate judge for either a report and recommendation (in the event that the consent forms are not filed), or for such disposition as may be appropriate.

Baton Rouge, Louisiana, April 30, 2003.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED
DATE 4/30/03
NOTICE MAILED TO:
DATE_____ BY PA

Hufft
Dodunt
DLD JS
JB SE

INITIALS | DOCKET#
PA | 19