UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT
MIDDLE DIST OF LA.

03 MAY -2 PM 2:28

SIGN_____
by DEPUTY CLERK

SHAUN MASON

VERSUS

CF INDUSTRIES, INC.

CIVIL ACTION

NO. 02-949-D-M3

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the foregoing matter be referred to a UNITED STATES MAGISTRATE JUDGE for the conduct of all further proceedings and the entry of judgment in accordance with 28 USC 636(c) and the foregoing consent of the parties.

Baton Rouge, Louisiana, May 2, 2003.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

DKT. & ENTERED
DATE 5/2/03
NOTICE MAILED TO:
DATE_____ BY____

JJB   SE   DLD   JS
EDM   Huff   Dodart

INITIALS | DOCKET#