UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SHAUN MASON**  CIVIL ACTION

**VERSUS**

**CF INDUSTRIES, INC.**  NO. 02-949-D-M3
CONSENT CASE

### FINAL JUDGMENT

For written reasons assigned this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment is **GRANTED** and this action is **DISMISSED** with prejudice and at plaintiff's cost.

Baton Rouge, Louisiana, this 21st day of July, 2003.

_____
MAGISTRATE JUDGE DOCIA L. DALBY